IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| GREGORY SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CV 324-021 |
| | ) |
| INVESTIGATOR HARMON and | ) |
| MS. FLEMMING, Unit Manager, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate Judge recommended dismissing the case without prejudice because Plaintiff failed to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms, both of which are necessary for all prisoners who wish to proceed *in forma pauperis* ("IFP"). (See doc. no. 5.) After entry of the recommendation for dismissal, Plaintiff returned his Consent to Collection of Fees form, (doc. no. 7), and he requested and received an extension of time to file objections to the recommendation for dismissal by submitting his Prisoner Trust Fund Account Statement, (doc. nos. 8, 9).

However, Plaintiff did not return the required financial information by a deadline that had been extended well over one month past the original deadline set when he was first granted

permission to proceed IFP.[1] (See doc. no. 4.) Nor did he file any other objections or explanation why he did not return the necessary paperwork. As the Magistrate Judge explained, "Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to collection of the entire $350.00 filing fee in installments." (Doc. no. 5, pp. 1-2 (citation omitted).)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 26th day of June, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The limited financial information submitted when Plaintiff commenced the case does not provide all of the information required by the Prisoner Trust Fund Account Statement. (See doc. no. 3.) The Magistrate Judge specifically informed Plaintiff the preliminary information was not sufficient and warned Plaintiff the Trust Fund Account Statement must be returned. (See doc. no. 4, p. 3 & n.2.)